AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

MICHAEL S. REYNOLDS
        Plaintiff (s),
    V.
ALTON ANDERSON LOMAS
        Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-03218-JSW

Notice is hereby given that, subject to approval by the court, ALTON ANDERSON LOMAS (Party (s) Name) substitutes J. MICHAEL MATTHEWS (Name of New Attorney), State Bar No. 71848 as counsel of record in place of JOHN GANT BRADLEY (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: CHAPMAN, POPIK, & WHITE LLP
    Address: 650 CALIFORNIA STREET, 19TH FLOOR
    Telephone: (415) 352-3000     Facsimile (415) 352-3030
    E-Mail (Optional): jmm@chapop.com

I consent to the above substitution.
Date: 1/27/12
    (Signature of Party (s))

I consent to being substituted.
Date: 1/26/2012
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 27, 2012
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 31, 2012
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]