➲AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

MICHAEL S. REYNOLDS
           Plaintiff (s),
V.
ALTON ANDERSON LOMAS
           Defendant (s).

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: C-3:11-cv-03218-JSW

Notice is hereby given that, subject to approval by the court, __MICHAEL S. REYNOLDS__ substitutes
                                                       (Party (s) Name)
__GREENBAUM LAW GROUP LLP__, State Bar No. __270873__ as counsel of record in
    (Name of New Attorney)

place of __STEPHEN J. O'BRIEN, MEGAN L. BARKER, LUKE G. MAHER__.
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    GREENBAUM LAW GROUP, LLP
Address:       840 NEWPORT CENTER DRIVE, SUITE 720, NEWPORT BEACH, CA 92660
Telephone:    (949) 760-1400      Facsimile (949) 760-1300
E-Mail (Optional): _____

I consent to the above substitution.
Date: __21/03/2012__

                                        MICHAEL S. REYNOLDS
                                        (Signature of Party (s))

I consent to being substituted.
Date: __3/25/2012__

                                        Luke G. Maher
                                        (Signature of Former Attorney (s))

                                        GREENBAUM LAW GROUP LLP

I consent to the above substitution.
Date: __4-2-12__

                                        BABrandt
                                        (Signature of New Attorney)
                                        Brooke A. Brandt, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: __April 4, 2012__

                                        Jeffrey S. White
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]