AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MICHAEL S. REYNOLDS
    Plaintiff (s),

v.

ALTON ANDERSON LOMAS
    Defendant (s).

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: C-3:11-cv-03218-JSW

Notice is hereby given that, subject to approval by the court, MICHAEL S. REYNOLDS (Party (s) Name) substitutes GREENBAUM LAW GROUP LLP (Name of New Attorney), State Bar No. 270873 as counsel of record in place of STEPHEN J. O'BRIEN, MEGAN L. BARKER, LUKE G. MAHER (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: GREENBAUM LAW GROUP, LLP
    Address: 840 NEWPORT CENTER DRIVE, SUITE 720, NEWPORT BEACH, CA 92660
    Telephone: (949) 760-1400    Facsimile (949) 760-1300
    E-Mail (Optional):

I consent to the above substitution.
Date: 21/03/2012
    MICHAEL S. REYNOLDS
    (Signature of Party (s))

I consent to being substituted.
Date: 3/25/2012
    Luke G. Maher
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4-2-12
    GREENBAUM LAW GROUP LLP
    BA Brandt
    (Signature of New Attorney)
    Brooke A. Brandt, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: April 4, 2012
    Jeffrey S. White
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]