BROOKE A. BRANDT – CSB No. 270873
GREENBAUM LAW GROUP LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Telephone: (949) 760-1400
Facsimile: (949) 760-1300

Attorney for Plaintiff and Judgment Creditor
MICHAEL S. REYNOLDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. REYNOLDS, ) | Case Number: 3:11-cv-03218-JSW |
| ) | |
| Plaintiff, ) | REQUEST AND ORDER FOR SERVICE |
| ) | OF PROCESS BY REGISTERED PROCESS |
| v. ) | SERVER |
| ) | |
| ALTON ANDERSON LOMAS, ) | Judgment entered: March 2, 2012 |
| ) | |
| Defendants. ) | |

Plaintiff, MICHAEL S. REYNOLDS pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United States District Court for the Northern District of California, request that ABCLEGAL SERVICES, a registered process server, who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the Levying Officer.

This request is DENIED without prejudice to citation of correct local rules.

IT IS SO ORDERED:

June 26, 2012
Date

*Jeffrey S White*
Judge

1

REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER