1    BROOKE A. BRANDT – CSB No. 270873
GREENBAUM LAW GROUP LLP
2    840 Newport Center Drive, Suite 720
3    Newport Beach, CA 92660
Telephone: (949) 760-1400
4    Facsimile: (949) 760-1300

5

Attorney for Plaintiff and Judgment Creditor
6    MICHAEL S. REYNOLDS

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   MICHAEL S. REYNOLDS, | )   Case Number: 3:11-cv-03218-JSW |
| 12            Plaintiff, | )   REQUEST AND ORDER FOR SERVICE |
| 13   v. | )   OF PROCESS BY REGISTERED PROCESS<br>)   SERVER |
| 14   ALTON ANDERSON LOMAS, | )   Judgment entered: March 2, 2012 |
| 15            Defendants. | ) |
| 16 | ) |

17   Plaintiff, MICHAEL S. REYNOLDS pursuant to the provisions of Rule 4(c) of the Federal

18   Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United

19   States District Court for the Northern District of California, request that ABCLEGAL

20   SERVICES, a registered process server, who is at least 18 years of age, of suitable discretion

21   and not a party to the within action, be authorized and appointed to serve the writs in the above

22   case. The U.S. Marshals Office will remain the Levying Officer.

23   This request is DENIED without prejudice to citation of correct local rules.

24   IT IS SO ORDERED:

25

26   June 26, 2012

      Date                              Judge

27

28

1