1  MARTIN B. GREENBAUM, CSB#45268
   GREENBAUM LAW GROUP LLP
2  840 Newport Center Drive, Suite 720
3  Newport Beach, CA  92660
   Telephone: (949) 760-1400
4  Facsimile:  (949) 760-1300

5  Attorney for Plaintiff and Judgment Creditor
6  MICHAEL S. REYNOLDS

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 MICHAEL S. REYNOLDS,            )   Case Number:  3:11-cv-03218-JSW
                                   )
12           Plaintiff,            )   REQUEST AND ORDER FOR SERVICE
                                   )   OF PROCESS BY REGISTERED PROCESS
13    v.                           )   SERVER
                                   )
14 ALTON ANDERSON LOMAS,           )   Judgment entered:  March 2, 2012
                                   )
15                                 )
             Defendants.           )
16 _____  )

17 Plaintiff, MICHAEL S. REYNOLDS pursuant to the provisions of Rule 4(c) of the Federal
18 Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United
19 States District Court for the Northern District of California, request that ABCLEGAL
20 SERVICES, a registered process server, who is at least 18 years of age, of suitable discretion
21 and not a party to the within action, be authorized and appointed to serve the writs in the above
22 case.  The U.S. Marshals Office will remain the Levying Officer.

The Court denied the initial request for service of process because Plaintiff cited to local rules
23 which do not exist.  The Order was without prejudice to a request with citation to proper
24 authority.  Plaintiff refiled the same proposed order with the same improper citations.
   IT IS SO ORDERED.
25 According, the Court again denies the request without prejudice to refiling upon the citation of
   proper authority supporting Plaintiff's request.
26 _____
   Date                                          Judge
27

28 Dated: June 27, 2012

IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER