MEGAN BARKER (State Bar No. 245991)
SNR DENTON US LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email: megan.barker@snrdenton.com

STEPHEN J. O'BRIEN (*Pro Hac Vice*)
LUKE G. MAHER (*Pro Hac Vice*)
SNR DENTON US LLP
One Metropolitan Square
211 North Broadway, Suite 3000
St. Louis, Missouri  63102
Telephone:  (314) 241-1800
Facsimile:  (314) 259-5959

Attorneys for Plaintiff
MICHAEL S. REYNOLDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL S. REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>ALTON ANDERSON LOMAS,<br><br>Defendant. | No. 3:11-cv-03218-JSW<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT AND [~~PROPOSED~~ ORDER]** |

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA  94596
(925) 949-2600

1    Plaintiff Michael S. Reynolds, through his undersigned attorneys, hereby moves the Court

2    for a brief extension of time within which to respond to Defendant Alton Anderson Lomas's

3    Motion for Relief From Judgment ("Motion"), up to and including August 28, 2012, and in

4    support of this motion, states as follows:

5         1.   Defendant filed his Motion for Reconsideration on August 9, 2012.  (Doc. 45.)

6         2.   Under Local Civil Rule 7 - 3, and Federal Rules of Civil Procedure 5 and 6,

7    Plaintiff's opposition to the Motion is due on Thursday, August 23, 2012.

8         3.   At the time the Motion was filed, Plaintiff's litigation counsel had withdrawn from

9    the case, and Plaintiff's collections counsel had substituted therein.  Due to the need for

10   Plaintiff's litigation counsel to substitute back into the case and to familiarize themselves with

11   the status of the case and the nature of the Motion, Plaintiff requests additional time, up to and

12   including Tuesday, August 28, 2012, in which to respond to the Motion.

13        4.   This is Plaintiff's first request for extension of time.

14        5.   The extension is not sought for purposes of delay and, if granted, will not prejudice

15   any party.

16        WHEREFORE, Plaintiff Michael S. Reynolds respectfully requests this Court grant an

17   extension up to and including Tuesday, August 28, 2012 within which Plaintiff may respond to

18   Defendant's Motion for Relief from Judgment.

19

20   Dated:  August 21, 2012              SNR DENTON US LLP

21

22                                        By:  _____/s/Megan Barker_____
                                                     Megan L. Barker
23
                                          Attorney for Plaintiff
24                                        MICHAEL S. REYNOLDS

25   Defendant Alton Anderson Lomas's reply shall be filed by no later than September 4, 2012.

      SO ORDERED:
26   Dated: August 22, 2012

27   _____

28   THE HON. JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA  94596
(925) 949-2600