MEGAN BARKER (State Bar No. 245991)
SNR DENTON US LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: megan.barker@snrdenton.com

STEPHEN J. O'BRIEN (*Pro Hac Vice*)
LUKE G. MAHER (*Pro Hac Vice*)
SNR DENTON US LLP
One Metropolitan Square
211 North Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

Attorneys for Plaintiff
MICHAEL S. REYNOLDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL S. REYNOLDS, | No. 3:11-cv-03218-JSW |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT AND [PROPOSED ORDER]** |
| ALTON ANDERSON LOMAS, | |
| Defendant. | |

1   Plaintiff Michael S. Reynolds, through his undersigned attorneys, hereby moves the Court for a brief extension of time within which to respond to Defendant Alton Anderson Lomas's Motion for Relief From Judgment ("Motion"), up to and including August 28, 2012, and in support of this motion, states as follows:

   1. Defendant filed his Motion for Reconsideration on August 9, 2012. (Doc. 45.)

   2. Under Local Civil Rule 7 - 3, and Federal Rules of Civil Procedure 5 and 6, Plaintiff's opposition to the Motion is due on Thursday, August 23, 2012.

   3. At the time the Motion was filed, Plaintiff's litigation counsel had withdrawn from the case, and Plaintiff's collections counsel had substituted therein. Due to the need for Plaintiff's litigation counsel to substitute back into the case and to familiarize themselves with the status of the case and the nature of the Motion, Plaintiff requests additional time, up to and including Tuesday, August 28, 2012, in which to respond to the Motion.

   4. This is Plaintiff's first request for extension of time.

   5. The extension is not sought for purposes of delay and, if granted, will not prejudice any party.

   WHEREFORE, Plaintiff Michael S. Reynolds respectfully requests this Court grant an extension up to and including Tuesday, August 28, 2012 within which Plaintiff may respond to Defendant's Motion for Relief from Judgment.

Dated: August 21, 2012                     SNR DENTON US LLP


                                           By: _____/s/Megan Barker_____
                                                   Megan L. Barker

                                           Attorney for Plaintiff
                                           MICHAEL S. REYNOLDS

Defendant Alton Anderson Lomas's reply shall be filed by no later than September 4, 2012.

SO ORDERED:
Dated: August 22, 2012

_/s/ Jeffrey S. White_____
THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CASE NO. 3:11-cv-03218-JSW           -2-           PLAINTIFF'S MOTION FOR EXTENSION OF TIME