AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MICHAEL S. REYNOLDS
    Plaintiff (s),
V.

ALTON ANDERSON LOMAS
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-3.11-cv-03218-JSW

Notice is hereby given that, subject to approval by the court, __MICHAEL S. REYNOLDS__ substitutes (Party (s) Name)

__Megan L. Barker__, State Bar No. __245991__ as counsel of record in
(Name of New Attorney)

place of __GREENBAUM LAW GROUP LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
- Firm Name: SNR Denton US LLP
- Address: 2121 N. California Blvd., Suite 800, Walnut Creek, CA 94596
- Telephone: (925) 949-2600    Facsimile: (925) 949-2610
- E-Mail (Optional): megan.barker@snrdenton.com

I consent to the above substitution.
Date: 16/8/2012
    (Signature of Party (s))

I consent to being substituted.
Date: 8/8/2012
GREENBAUM LAW GROUP LLP
BY:
(Signature of Former Attorney (s))
MARTIN B. GREENBAUM

I consent to the above substitution.
Date: 8/17/12
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 22, 2012
    Jeffrey S. White
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]