&AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MICHAEL S. REYNOLDS,
                    Plaintiff (s),
          v.
ALTON ANDERSON LOMAS,
                    Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-cv-03218-JSW

Notice is hereby given that, subject to approval by the court, __MICHAEL S. REYNOLDS__ substitutes
                                                                (Party (s) Name)
__MARTIN B. GREENBAUM of GREENBAUM LAW GROUP LLP__, State Bar No. __45268__ as counsel of record in
         (Name of New Attorney)

place of __Megan L. Barker__
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | GREENBAUM LAW GROUP, LLP |
| Address: | 840 NEWPORT CENTER DRIVE, SUITE 720, NEWPORT BEACH, CA 92660 |
| Telephone: | (949) 760-1400          Facsimile (949) 760-1300 |
| E-Mail (Optional): | martin.greenbaum@collectionlaw.com |

I consent to the above substitution.
Date:  8 October 2012
                                                                    (Signature of Party (s))

I consent to being substituted.
Date:  Oct. 9th 2012
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  November 6, 2012
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date:  November 13, 2012
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 840 Newport Center Drive, Suite 720, Newport Beach, California.

On November 7, 2012, I served the foregoing document described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on all interested parties in this action by placing a true and correct copy thereof enclosed in the sealed envelope addressed as follows:

Alton Anderson Lomas
27 Liberty Dock
Sausalito, CA 94965

Megan L. Barker, Esq.
SNR Denton
One Metropolitan Square
211 N. Broadway, Suite 300
St. Louis, MO 63102-2741

[X] BY FIRST CLASS MAIL: I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on November 7, 2012, at Newport Beach, California.

[ ] (State): I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 7, 2012, at Newport Beach, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2012, at Newport Beach, California.

E. Parker