AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN       District of       CALIFORNIA

| | |
|---|---|
| MICHAEL S. REYNOLDS, <br><br>Plaintiff (s),<br> V.<br> ALTON ANDERSON LOMAS, <br> Defendant (s). | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br> CASE NUMBER: 3:11-cv-03218-JSW |

Notice is hereby given that, subject to approval by the court, ___MICHAEL S. REYNOLDS___ substitutes
(Party (s) Name)

MARTIN B. GREENBAUM of GREENBAUM LAW GROUP LLP , State Bar No. __45268__ as counsel of record in
(Name of New Attorney)

place of ___Megan L. Barker___
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      GREENBAUM LAW GROUP, LLP

     Address:      840 NEWPORT CENTER DRIVE, SUITE 720, NEWPORT BEACH, CA 92660

     Telephone:      (949) 760-1400      Facsimile (949) 760-1300

     E-Mail (Optional):      martin.greenbaum@collectionlaw.com

I consent to the above substitution.

Date:      8 October 2012                 _____
(Signature of Party (s))

I consent to being substituted.

Date:      Oct. 9th 2012                 _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:      November 6, 2012            _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:      November 13, 2012            _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

1    <u>PROOF OF SERVICE</u>

2    STATE OF CALIFORNIA, COUNTY OF ORANGE

3        I am employed in the County of Orange, State of California.  I am over the age of 18 years and
4    not a party to the within action; my business address is: 840 Newport Center Drive, Suite 720, Newport
     Beach, California.

5        On November 7, 2012, I served the foregoing document described as **CONSENT ORDER**
6    **GRANTING SUBSTITUTION OF ATTORNEY** on all interested parties in this action by placing a
     true and correct copy thereof enclosed in the sealed envelope addressed as follows:

7

8        Alton Anderson Lomas
         27 Liberty Dock
         Sausalito, CA  94965
9

10       Megan L. Barker, Esq.
         SNR Denton
11       One Metropolitan Square
         211 N. Broadway, Suite 300
12       St. Louis, MO 63102-2741

13   [X]    BY FIRST CLASS MAIL: I deposited such envelope in the mail at Newport Beach, California.
14   The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's
     practice of collection and processing correspondence for mailing.  Under that practice it would be
15   deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport
     Beach, California in the ordinary course of business; and there is delivery service by United States mail
16   at the place so addressed.  I am aware that on motion of the party served, service is presumed invalid if
     postal cancellation date or postage meter date is more than one day after date of deposit for mailing in
17   affidavit. Executed on November 7, 2012, at Newport Beach, California.

18   [ ]    (State): I declare under penalty of perjury under the laws of the State of California that the
19   foregoing is true and correct.  Executed on November 7, 2012, at Newport Beach, California.

20   [X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose
     direction the service was made.
21

22       Executed on November 7, 2012, at Newport Beach, California.

23                                                                 E. Parker

24

25

26

27

28