UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. REYNOLDS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALTON ANDERSON LOMAS,<br><br>    Defendant. | Case No. 11-cv-03218-JSW   (MEJ)<br><br>**ORDER TO SHOW CAUSE** |

This case has been referred to Magistrate Judge Maria-Elena James for consideration of Plaintiff Michael S. Reynolds' ex parte motion for an Order for Sale of a "Floating Home." Dkt. No. 94. In his Application, Plaintiff seeks a court order for the sale of the "floating home" property located at 27 Liberty Dock, Sausalito, California 94965, pursuant to Sections 704.740-704.850 of the California Code of Civil Procedure. Accordingly, Alton Anderson Lomas is hereby ORDERED to show cause why an order for sale should not be granted. Mr. Lomas shall file a declaration by January 22, 2015, and the Court shall conduct a hearing on February 5, 2015, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff shall serve this Order on Mr. Lomas by January 5, 2015.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge