UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. REYNOLDS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALTON ANDERSON LOMAS,<br><br>    Defendant. | Case No. 11-cv-03218-JSW (MEJ)<br><br>**ORDER RE: APPLICATION FOR ORDER FOR SALE OF A "FLOATING HOME"**<br><br>Re: Dkt. No. 94 |

This case is currently scheduled for a hearing on February 5, 2015, regarding Plaintiff Michael Reynolds' Application for Order for Sale of a "Floating Home." Dkt. No. 94. In preparation for the hearing, the Court ORDERS Plaintiff to file the following by February 2, 2015.

1) Proof of service on Defendant Alton Anderson Lomas of the Application for Sale and the December 19, 2014 Order to Show Cause.

2) A litigation guarantee, preferably from a title company, which contains: (a) a legal description of the property; (b) the names of the current owners and the manner in which the property is held (e.g., joint tenants, community property, etc.); (c) whether a declaration of homestead has been recorded; (d) whether a current homeowner's exemption or disabled veteran's exemption has been filed with the county assessor; and (e) a list of all deeds of trust, abstracts of judgments, tax liens and other liens recorded against the property.

3) The precise amount of all liens and encumbrances on the property, including any beneficiary statements obtained from senior lienholders under California Civil Code section 2943.

4) An appraisal by an independent appraiser of the floating home's fair market value.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge