UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTON ANDERSON LOMAS,<br><br>    Defendant. | Case No. 11-cv-03218-JSW   (MEJ)<br><br>**ORDER VACATING HEARING RE: APPLICATION FOR ORDER FOR SALE OF A "FLOATING HOME"**<br><br>Re: Dkt. No. 94 |

Pending before the Court is Plaintiff Michael S. Reynolds' Application for Order for Sale of a "Floating Home," filed December 15, 2014. Dkt. No. 94. The matter has been referred to the undersigned to prepare a report and recommendation and is currently scheduled for hearing on February 5, 2015. Dkt. Nos. 95, 96. However, on January 30, 2015, Plaintiff's attorney, Martin B. Greenbaum, filed a declaration stating that a real estate agent informed him that the floating home at issue has been sold. Dkt. No. 102. Accordingly, the Court VACATES the February 5 hearing and ORDERS Plaintiff to file an updated status report by March 5, 2015.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge